UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

                                                    Case No. 6:16-bk-06612

Stephen Mark Ruff

     Debtor(s).
_____/

OBJECTION TO MOTION FOR RELIEF FROM STAY

    COMES NOW the Debtor, Stephen Mark Ruff, by and through her attorney, and files an Objection to the Motion for Relief from Stay filed by Barrington Bank & Trust Co. and FIRST Insurance Funding Corp., and in support hereof now states:

1. That the Motion for Relief from Stay should be denied because the debt at issue is not in default and the Debtor may choose to reaffirm same.

    WHEREFORE, Stephen Mark Ruff requests that the Court deny the Motion for Relief from Stay filed by Barrington Bank & Trust Co. and FIRST Insurance Funding Corp..

CERTIFICATE OF SERVICE

    **I hereby certify** that a correct copy of the foregoing has been served on all affected parties via US Mail or electronic communication this 19th day of December, 2016.

_____
THOMAS M. KASTELZ, ESQUIRE
Florida Bar No.: 46777
Attorney for Stephen Mark Ruff
950-23 Blanding Blvd., #121
Orange Park, FL 32065
(904) 406-9221
pleadings@kastelzlaw.com